IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORGE MARTINEZ,<br>*Petitioner,*<br><br>v.<br><br>SUPERINTENDENT J. LUTHER, *et al.*,<br>*Respondents.* | CIVIL ACTION<br>NO. 18-4023 |

## ORDER

**AND NOW**, this 2nd day of April 2025, upon consideration of Jorge Martinez's

*Pro Se* Petition for a Writ of *Habeas Corpus*, (ECF No. 1), the Commonwealth's

Response, (ECF No. 20), Martinez's Reply, (ECF No. 21), Martinez's Counseled

Amendment to the Petition, (ECF No. 44), the Commonwealth's Response, (ECF No.

61), Martinez's Counseled Reply, (ECF No. 62), and the Reports and Recommendations

of U.S. Magistrate Judge Carol Sandra Moore Wells, (ECF Nos. 22 & 63), to which

Martinez does not object, (ECF No. 66), it is **ORDERED** that:

1.  The Reports and Recommendations are **APPROVED** and **ADOPTED**;

2.  Martinez's petition for a writ of habeas corpus is **DENIED** and **DISMISSED**;

3.  A certificate of appealability **SHALL NOT** issue, in that the Martinez has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this decision.  *See* 28 U.S.C. 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

4.  The Clerk of Court shall mark this case **CLOSED**.

2

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.